IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANK G. DiNOTO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 4:13-cv-2877 |
| UNITED SERVICES AUTOMOBILE | ) |
| ASSOCIATION and AUTO INJURY | ) Judge Alfred H. Bennett |
| SOLUTIONS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Frank G. DiNoto, and through his counsel of record, Brad T. Wyly, and Defendants United Services Automobile Association, through their counsel of record Christopher W. Martin, and Auto Injury Solutions, through their counsel of record, Richard Glenn Foster, and stipulate to the dismissal of the above-captioned cause, and all claims raised therein, with prejudice, each party to bear its own attorneys' fees, costs, and expenses.

DATED this 23rd day of October, 2015.

_____
Brad T. Wyly, Attorney-in-Charge
Southern District Bar No. 37505
State Bar No. 24042198
Wyly & Cook, LLP
4101 Washington Ave.
Houston, TX 77077
(713) 236-8330 (Telephone)
(713) 863-8502 (Facsimile)

*Attorney for Plaintiff*

_____ by permission (CWM)
Christopher W. Martin, Attorney-in-Charge
Southern District Bar No. 13515
State Bar No. 13057620
Martin, Disiere, Jefferson & Wisdom, L.L.P.
Niels Esperson Building
808 Travis Street, 20th Floor
Houston, Texas 77002
(713) 632-1700 (Telephone)
(713) 222-0101 (Facsimile)

*Attorney for United Services Automobile Association*

Richard Glenn Foster, Attorney-in-Charge
Southern District Bar No. 5907
State Bar No. 07295100
Porter Rogers Dahlman & Gordon, P.C.
745 E. Mulberry Ave., Suite 450
San Antonio, TX 78212
(210) 736-3900 (Telephone)
(210) 736-1992

*Attorney for Auto Injury Solutions*